AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Emergis Technologies, Inc.,

V.

Otter Tail Corporation

**JUDGMENT IN A CIVIL CASE**

Case Number:  06cv348 (RLE)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
That the Defendant's Motion for Summary Judgment [Docket No. 40]
is granted.

|  |  |
|---|---|
| March 19, 2007 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/JoAnn Hoadley |
|  | (By)         JoAnn Hoadley,   Deputy Clerk |

Form Modified:  09/16/04