# United States Court of Appeals for the Federal Circuit

2007-1252

**EMERGIS TECHNOLOGIES, INC,**
(formerly known as BCE Emergis Technologies, Inc.),

            Plaintiff-Appellant,

v.

**OTTER TAIL CORPORATION,**

            Defendant-Appellee.

## Judgment

ON APPEAL from the     DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

in CASE NO.     06-CV-348

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**<u>AFFIRMED</u>**

ENTERED BY ORDER OF THE COURT

DATED JAN 3 1 2008

Jan Horbaly, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: _____ Date: 2/21/08

**ISSUED AS A MANDATE:** FEB 2 1 2008